05/04/2005  15:18   9042690947              SUZUKISEADO                    PAGE   03

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
CLAY COUNTY, FLORIDA

CASE NO.: 05-CA-390
DIVISION: A

3:05-cv-469-J-99TEm

ROBERT WILSON,

    Plaintiff,

vs.

SUZUKI OF ORANGE PARK, INC., a Florida
profit corporation, d/b/a SUZUKI SEA DOO
OF ORANGE PARK,

    Defendant.

_____/

## COMPLAINT

Plaintiff, ROBERT WILSON, sues the Defendant, SUZUKI OF ORANGE PARK, INC., a

Florida profit corporation, d/b/a SUZUKI SEA DOO OF ORANGE PARK, and alleges:

    1.    This is an action for damages that exceed $15,000.00, exclusive of interest and costs

    2.    At all times material hereto, the Plaintiff, ROBERT WILSON, was a resident of

Middleburg, Clay County, Florida.

    3.    At all times material hereto, the Defendant, SUZUKI OF ORANGE PARK, INC., a

Florida profit corporation, d/b/a SUZUKI SEA DOO OF ORANGE PARK, (hereinafter referred to

as "SUZUKI") was and is a corporation authorized to do business in the state of Florida, with its

principal offices located at 1510 Wells Road, Orange Park, FL 32073. The Registered Agent for the

service of process in the State of Florida is Jerry W. Blount, 1510 Wells Road, Orange Park, Florida

32073

    4.    Prior to June 26, 2004, the parties had dealings between them, wherein the Defendant



EXHIBIT
"A"

would either repair and/or maintain a 2000 RX Sea Doo, VIN ZZN48126B000. At all times material, the Defendant had an obligation to use reasonable care to repair and/or maintain the subject watercraft, and to perform all repairs and/or maintenance in a workmanlike manner.

5.    In approximately August 2002, the Plaintiff surrendered his subject watercraft to the Defendant for repairs and/or maintenance.   At that time, the subject watercraft had only approximately 50 hours of use.

6.    Subsequent to that servicing, the Plaintiff used the machine a few times, however, very little, such that at the time of the incident which is the subject of this dispute, the subject watercraft had only approximately 80 hours of use.  The reason for the minimal use between July 2002 and June 2004 was that the Plaintiff was building a new home, and simply did not have time to use the subject watercraft.  Accordingly, during that time, the watercraft remained out of the water at the Plaintiff's residence and not in use.

7.    On or about June 26, 2004, the Plaintiff put the subject watercraft into the water for use.  While on the subject watercraft at or near the Black Creek and Main Street boat ramp, the steering malfunctioned, the Plaintiff crashed and suffered serious personal injuries.

8.    The cause of the malfunction of the steering mechanism was that an important bolt connecting the waterjet to the steering assembly had either been obviously been negligently installed and/or maintained by the Defendant so as to either break or vibrate itself loose from its housing.  This is evident by the fact that the bolt was missing when the watercraft was taken out of the water immediately after the subject incident.

9.    As a direct and proximate result of the subject crash, the Plaintiff, ROBERT WILSON, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing

care and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition.  The injuries sustained by the Plaintiff are either permanent or continuing within a reasonable degree of medical and or chiropractic probability, and the Plaintiff will suffer such losses in the future.

## COUNT 1 - NEGLIGENCE

Plaintiff realleges Paragraphs 1-9 and further alleges:

10.    At all times material, the Defendant had the following legal duty to the Plaintiff, including but not limited to:

      a.     Install and maintain the subject bolt in a reasonably careful and workmanlike manner;

      b.     Take reasonable precautions to warn the Plaintiff to check the subject bolt, as the steering mechanism would not work properly without it;

11.    At all times material, the Defendant breached its legal duty to the Plaintiff by, including but not limited to:

      a.     Failing to install and maintain the subject bolt in a reasonably careful and workmanlike manner;

      b.     Failing to take reasonable precautions to warn the Plaintiff to check the subject bolt, as the steering mechanism would not work properly without it;

12.    As a direct and proximate result of the subject crash, the Plaintiff, ROBERT WILSON, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition.  The injuries sustained by the Plaintiff are either permanent or continuing within

a reasonable degree of medical and or chiropractic probability, and the Plaintiff will suffer such losses in the future.

WHEREFORE, the Plaintiff, ROBERT WILSON, demands judgment for damages against the Defendant, SUZUKI OF ORANGE PARK, INC., a Florida profit corporation, d/b/a SUZUKI SEA DOO OF ORANGE PARK, and requests a trial by jury on all issues in this cause.

## COUNT II - BREACH OF CONTRACT

Plaintiff realleges Paragraphs 1-9 and further alleges:

13.     At all times material, the Plaintiff and Defendant had a contract wherein the Defendant would maintain and/or repair the subject watercraft in a workmanlike manner. This contract is attached hereto as Exhibit "A";

14.     At all times material, the Defendant materially breached the subject contract by failing to install and maintain the subject bolt in a reasonably careful and workmanlike manner, and failing to take reasonable precautions to warn the Plaintiff to check the subject bolt, as the steering mechanism would not work properly without it.

15.     The breach of contract by the Defendant was material.

16.     As a direct and proximate result of the breach of contract by the Defendant, the subject watercraft crashed.

17.     As a direct and proximate result of the subject crash, the Plaintiff, ROBERT WILSON, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition. The injuries sustained by the Plaintiff are either permanent or continuing within a reasonable degree of medical and or chiropractic probability, and the Plaintiff will suffer such losses

05/04/2005  15:10    9042698047              SUZUKISEADO                      PAGE  07

in the future.

WHEREFORE, the Plaintiff, ROBERT WILSON, demands judgment for damages against

the Defendant, SUZUKI OF ORANGE PARK, INC., a Florida profit corporation, d/b/a SUZUKI

SEA DOO OF ORANGE PARK, and requests a trial by jury on all issues in this cause.

LAW OFFICES OF ERIC S. BLOCK, P.A.

ERIC S. BLOCK
Florida Bar No.: 0915531
6817 Southpoint Parkway, Ste. 2502
Jacksonville, Florida 32216
TEL.: (904) 475-9400
FAX: (904) 475-9411
Counsel for Plaintiff

05/04/2005  15:10    9042690047              SUZUKISEADO                        PAGE  02

WITNESS my hand seal of this Court on this *18* day of *April*, 2005.

Clerk of the Circuit Court

James B Jett

(Seal)

By _Amie Padgett_

Deputy Clerk

05/06/2005  13:46   9042690047          SUZUKISEADO                          PAGE  01

98001294


**SUZUKI**



**SEA·DOO**
OF ORANGE PARK

(904) 269-2121
FAX (904) 269-0047

1510 WELLS RD
ORANGE PARK, FL 32073

| PURCHASER: | LAST | M | FIRST | | HOME PHONE | BUSINESS PHONE | DATE |
|---|---|---|---|---|---|---|---|
| WILSON, ROBERT J | | | | | 904-282-3518 | 904-645-0026 | 7/03/2000 |

| STREET | | | |
|---|---|---|---|
| 2493 SILVER MOSS CIR | MIDDLEBURG  FL 32068 | | |

| | NEW | YR 00 | MAKE BOMBARDIER | MODEL # 5513 RX | | TRADE IN | TITLE# | KEY | MILEAGE |
|---|---|---|---|---|---|---|---|---|---|
| | USED | | | | | | | | |

| (V.I.N.) ZZN48126B000 | | ENGINE # M5912280 | | YR | MAKE | MODEL | COLOR | TAG |
|---|---|---|---|---|---|---|---|---|

| COLOR SILVER | STOCK NO. B48126 | KEY NO. DIGITAL | MILAGE / Hrs. 1 | | (V.I.N.) | | ENGINE # |
|---|---|---|---|---|---|---|---|

| ACCESSORIES | | LEINHOLDER |
|---|---|---|

| WASTE FEES: 1.00 PER TIRE / 1.50 PER BATTERY | 3.50 | | SETTLEMENT | |
|---|---|---|---|---|
| ☐ EXTENDED WARRANTY | | BASE PRICE | | 7,999.00 |
| 00 MAGIC TILT 1M5BW1013 Y1E48097 | 640.00 | FREIGHT | $ 599 / 169 / 109 | 169.00 |
| BDEMA          SEA DOO ENG. MA | 360.00 | TITLE / DOCUM.& NOTARY FEES | | 69.00 |
| | | ACCESSORIES | | 1,003.50 |
| | | ASSY / PREP | $ 229 / 149 / 79 | 229.00 |
| | | SUB TOTAL | | 9,469.50 |
| | | < LESS>  TRADE IN ALLOWANCE | | < > |
| | | TAXABLE AMOUNT | | 8,919.50 |
| | | | County Tax | 50.00 |
| | | SALES TAX | State Tax | 536.09 |
| | | TAG / REGISTRATION | 45.00 | C.O.D. |
| | | < $15 / 30 / 65 > | | |
| | | TOTAL | | 9,550.59 |
| | TOTAL | 1,003.50 | <LESS> DEPOSIT 7/3/00 | < > |
| D.L.# W426770640090 | | Downpayment | | 2,051.00 |
| D.O.B. 7/09/1964   SSN 0/00/0000261930094 | | | | |
| LEINHOLDER WebBank | | BALANCE DUE ON DELIVERY | | 7,499.59 |
| P. O. BOX 600726 JACKSONVILLE  FL 32260 | | METHOD OF PAYMENT     BCI/CHECK | | |

✱ All services including the break-in service are at owners expense.

There is no warranty, expressed or implied, made by
SUZUKI SEA DOO OF ORANGE PARK INC. on new vehicles
except the warranties set forth in the owner's manual.

Seller's Signature          LOCATION:9042690047

X Robert J Wilson

RX TIME  05/06 '05 12:51

# Suzuki Sea Doo of Orange Park
## 1810 Wells Rd.
## Orange Park, FL 32073
## (904) 869-8181
## INVOICE

# INVOICE - Re-Printed: 4/29/2005

Invoice # 9606751C
Invoice Date: 4/11/2001

Sold To: 2823518
WILSON, ROBERT

Salesman: TIM LEDBETTER (GEN MGR)
Cashier: TIM LEDBETTER (GEN MGR)

| :ld S/O Lay P/U Part Number | Src Cat Description | Each Price | Sold Now Bin |
|---|---|---|---|
| 1   0   0   0 XPS | SD PSD SYN-INJ OIL | 36.99 | 36.99 |

```
                                            Taxable Subtotal     36.99
                                                 Sales Tax        2.59
                                                    Total        39.58

                       * * Total Amount Due ----)              39.58
                          BANK CARDS Tendered                   39.58
```

**AUTHORIZED RETURNS WITHIN 10 DAYS, IN ORIG PKG---WITH INVOICE*****
****NO RETURNS ON "SPECIAL ORDERS"/"ELECTRICAL PARTS"/"HELMETS"****
SPEC/ORD MUST BE P/U WITHIN 30 DAYS OF NOTIFCATION OR FORFEIT DEPOSIT
****** M/C & PWC FLEA MARKET 4/30 10-4PM BUY FOR FREE OR SELL FOR $20 *******
OPEN MON 10-6PM TUES.-FRI. 9-6 PM SATURDAY 9-5 PM CLOSED SUNDAY *********

Friday, April 29th, 2005  3:57 pm

# Suzuki Sea Doo of Orange Park
1510 Wells Rd.
Orange Park, FL 32073
(904) 269-2121

## INVOICE

## INVOICE - Re-Printed: 4/29/2005

Invoice # 96068650
Invoice Date: 4/27/2001

Sold To: 2823518
WILSON, ROBERT J
2493 SILVER MOSS CIR
MIDDLEBURG , FL 32068
904-282-3518   904-645-0026

Salesman:
Cashier:

Yr: 00   Make: MAGIC TILT   Model: PWC900   Class: T

| :ld | S/O | Lay | P/U | Part Number | Src | Cat | Description | Each Price | Sold Now | Bin |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | XPS | SD | P9D | SYN-INJ OIL | 36.99 | 36.99 | |

|  |  |
|---|---|
| Taxable Subtotal | 36.99 |
| Sales Tax | 2.59 |
| Total | 39.58 |

|  |  |
|---|---|
| * * Total Amount Due ----) | 39.58 |
| BANK CARDS Tendered | 39.58 |

**AUTHORIZED RETURNS WITHIN 10 DAYS, IN ORIG PKG---WITH INVOICE*****
****NO RETURNS ON "SPECIAL ORDERS"/"ELECTRICAL PARTS"/"HELMETS"****
SPEC/ORD MUST BE P/U WITHIN 30 DAYS OF NOTIFCATION OR FORFEIT DEPOSIT
****** M/C & PWC FLEA MARKET 4/30 10-4PM BUY FOR FREE OR SELL FOR $20 *******
OPEN MON 10-6PM TUES.-FRI. 9-6 PM SATURDAY 9-5 PM CLOSED SUNDAY ********

Friday, April 29th, 2005  3:58 pm

05/06/2005  13:46    9042690047         SUZUKISEADO                    PAGE  04

# Suzuki Sea Doo of Orange Park
1510 Wells Rd.
Orange Park, FL  32073
(904) 269-2121

## INVOICE

## INVOICE - Re-Printed: 4/29/2005

Invoice # 96072472
Invoice Date: 6/29/2001

Sold To: 2823518
         WILSON, ROBERT J
         2493 SILVER MOSS CIR
         MIDDLEBURG , FL  32068
         904-282-3518   904-645-0026
Salesman:
Cashier:
         Yr: 00  Make: MAGIC TILT  Model: PWC900  Class: T

| Id | S/O | Lay | P/U | Part Number | Src | Cat | Description | Each Price | Sold Now | Bin |
|----|-----|-----|-----|-------------|-----|-----|-------------|-----------|----------|-----|
| 1 | 0 | 0 | 0 | 413803000 | SD | PSD | OIL-INJ.3X4LT | 19.99 | 19.99 | |
| 2 | 0 | 0 | 0 | BR8ES | MS | PMS | NGK SPARK PLUG | 2.99 | 5.98 | |

                                          Taxable Subtotal    25.97
                                              Sales Tax        1.82
                                                          ==========
                                                  Total      27.79

                        * * Total Amount Due ----)           27.79
                            BANK CARDS Tendered              27.79

**AUTHORIZED RETURNS WITHIN 10 DAYS, IN ORIG PKG---WITH INVOICE*****
****NO RETURNS ON "SPECIAL ORDERS"/"ELECTRICAL PARTS"/"HELMETS"****
SPEC/ORD MUST BE P/U WITHIN 30 DAYS OF NOTIFCATION OR FORFEIT DEPOSIT
****** M/C & PWC FLEA MARKET 4/30 10-4PM BUY FOR FREE OR SELL FOR $20 ******
OPEN MON 10-6PM TUES.-FRI. 9-6 PM SATURDAY 9-5 PM CLOSED SUNDAY ********

Friday, April 29th, 2005  3:58 pm

05/06/2005  13:46    9042690047              SUZUKISEADO              PAGE  05

# Suzuki Sea Doo of Orange Park
### 1510 Wells Rd.
### Orange Park, FL  32073
### (904) 269-2121

## INVOICE

## INVOICE - Re-Printed: 4/29/2005

Invoice # 96075897
Invoice Date: 8/31/2001

```
Sold To: 2823518
         WILSON, ROBERT J
         2493 SILVER MOSS CIR
         MIDDLEBURG , FL  32068
         904-282-3518   904-645-0026
Salesman:
Cashier:
         Yr: 01  Make: BOMBARDIER  Model:   Class: X
```

| Id | S/O | Lay | P/U | Part Number | Src | Cat | Description | Each Price | Sold Now | Bin |
|----|-----|-----|-----|-------------|-----|-----|-------------|-----------|----------|-----|
| 1  | 0   | 0   | 0   | XPS         | SD  | PSD | SYN-INJ OIL | 36.99     | 36.99    |     |

```
                          Taxable Subtotal      36.99
                               Sales Tax         2.59
                                              ========
                                   Total        39.58


          * * Total Amount Due ----}          39.58
              BANK CARDS Tendered             39.58
```

**AUTHORIZED RETURNS WITHIN 10 DAYS, IN ORIG PKG---WITH INVOICE*****
****NO RETURNS ON "SPECIAL ORDERS"/"ELECTRICAL PARTS"/"HELMETS"****
SPEC/ORD MUST BE P/U WITHIN 30 DAYS OF NOTIFCATION OR FORFEIT DEPOSIT
****** M/C & PWC FLEA MARKET 4/30 10-4PM BUY FOR FREE OR SELL FOR $20 *******
OPEN MON 10-6PM TUES.-FRI. 9-6 PM SATURDAY 9-5 PM CLOSED SUNDAY ********

Friday, April 29th, 2005  3:59 pm

# Suzuki Sea Doo of Orange Park
### 1510 Wells Rd.
### Orange Park, FL 32073
### (904) 269-2121

## INVOICE

## INVOICE - Re-Printed: 4/29/2005

Invoice # 96090314
Invoice Date: 7/2/2002

Sold To: 2823518
        WILSON, ROBERT J
        2493 SILVER MOSS CIR
        MIDDLEBURG , FL 32068
        904-282-3518   904-645-0026

Salesman:
Cashier:
        Yr: 01  Make: BOMBARDIER  Model:   Class: X

| :ld | S/O | Lay | P/U | Part Number | Src | Cat | Description | Each Price | Sold Now | Bin |
|-----|-----|-----|-----|-------------|-----|-----|-------------|-----------|----------|-----|
| 1 | 0 | 0 | 0 | XPS | SD | PSD | SYN-INJ OIL | 36.99 | 36.99 | |

|  |  |  |
|--|--|--|
| Taxable Subtotal | 36.99 |
| Sales Tax | 2.59 |
| Total | 39.58 |

                    * * Total Amount Due ----)      39.58
                       BANK CARDS Tendered          39.58

**AUTHORIZED RETURNS WITHIN 10 DAYS, IN ORIG PKG---WITH INVOICE*****
****NO RETURNS ON "SPECIAL ORDERS"/"ELECTRICAL PARTS"/"HELMETS"****
SPEC/ORD MUST BE P/U WITHIN 30 DAYS OF NOTIFCATION OR FORFEIT DEPOSIT
****** M/C & PWC FLEA MARKET 4/30 10-4PM BUY FOR FREE OR SELL FOR $20 ******
OPEN MON 10-6PM TUES.-FRI. 9-6 PM SATURDAY 9-5 PM CLOSED SUNDAY ********

                    Friday, April 29th, 2005  3:59 pm

# Suzuki Sea Doo of Orange Park
### 1510 Wells Rd.
### Orange Park, FL 32073
### (904) 269-2121
## INVOICE
## INVOICE - Re-Printed: 4/29/2005

Invoice # 96093627
Invoice Date: 8/28/2002

Sold To: 2823518
         WILSON, ROBERT J
         2493 SILVER MOSS CIR
         MIDDLEBURG , FL  32068
         904 282-3518   904-645-0026
Salesman:
Cashier:
         Yr: 01  Make: BOMBARDIER  Model:   Class: X

| :ld | S/O | Lay | P/U | Part Number | Src | Cat | Description | Each Price | Sold Now | Bin |
|-----|-----|-----|-----|-------------|-----|-----|-------------|------------|----------|-----|
| 1   | 0   | 0   | 0   | XPS         | SD  | PSD | SYN-INJ OIL | 36.99      | 36.99    |     |

|                   |       |
|-------------------|-------|
| Taxable Subtotal  | 36.99 |
| Sales Tax         | 2.59  |
| Total             | 39.58 |

|                              |       |
|------------------------------|-------|
| * * Total Amount Due ----)   | 39.58 |
| BANK CARDS Tendered          | 39.58 |

**AUTHORIZED RETURNS WITHIN 10 DAYS, IN ORIG PKG---WITH INVOICE*****
****NO RETURNS ON "SPECIAL ORDERS"/"ELECTRICAL PARTS"/"HELMETS"****
SPEC/ORD MUST BE P/U WITHIN 30 DAYS OF NOTIFCATION OR FORFEIT DEPOSIT
****** M/C & PWC FLEA MARKET 4/30 10-4PM BUY FOR FREE OR SELL FOR $20 *******
OPEN MON 10-6PM TUES.-FRI, 9-6 PM SATURDAY 9-5 PM CLOSED SUNDAY ********

Friday, April 29th, 2005  3:59 pm

05/06/2005  13:46    9042690047              SUZUKISEADO                    PAGE  08

# Suzuki Sea Doo of Orange Park
### 1510 Wells Rd.
### Orange Park, FL  32073
### (904) 269-2121

## INVOICE

## INVOICE - Re-Printed: 4/29/2005

Invoice # 99329456        *FR (.*
Invoice Date: 6/25/2004

Sold To: 2823518
         WILSON, ROBERT J
         2493 SILVER MOSS CIR
         MIDDLEBURG , FL  32068
         904-282-3518   904-645-0026

Salesman:
Cashier:
         Yr: 01  Make: BOMBARDIER  Model:   Class: X

| Id | S/O | Lay | P/U | Part Number | Src | Cat | Description | Each Price | Sold Now | Bin |
|----|-----|-----|-----|-------------|-----|-----|-------------|-----------|----------|-----|
| 1  | 0   | 0   | 0   | BR8ES       | SD  | PSD | NGK SPARK PLUG | 2.99   | 2.99  |  |
| 1  | 0   | 0   | 0   | XPS         | SD  | PSD | SYN-INJ OIL    | 39.99  | 39.99 |  |

                               Taxable Subtotal    42.98
                                     Sales Tax      3.01
                                         Total     45.99

                        * * Total Amount Due ----)   45.99
                           BANK CARDS Tendered       45.99

        **AUTHORIZED RETURNS WITHIN 10 DAYS, IN ORIG PKG---WITH INVOICE*****
          ****NO RETURNS ON "SPECIAL ORDERS"/"ELECTRICAL PARTS"/"HELMETS"****
          SPEC/ORD MUST BE P/U WITHIN 30 DAYS OF NOTIFCATION OR FORFEIT DEPOSIT
        *****# M/C & PWC FLEA MARKET 4/30 10-4PM BUY FOR FREE OR SELL FOR $20 *******
          OPEN MON 10-6PM TUES.-FRI. 9-6 PM SATURDAY 9-5 PM CLOSED SUNDAY ********

                        Friday, April 29th, 2005  4:00 pm

05/06/2005  13:46    9042690047            SUZUKISEADO                    PAGE  09

# Suzuki Sea Doo of Orange Park
1510 Wells Rd.
Orange Park, FL .32073
(904) 269-2121

## REPAIR ORDER INVOICE — DUPLICATE

ashier: CRAIG WICKERSHAM (SALES)   Repair Order # 997819          Invoice # 96087923

Sold to WILSON, ROBERT J (2823518)              Invoice Date  5/24/02
         2493 SILVER MOSS CIR                       Date In  5/22/02
         MIDDLEBURG , FL  32068                    Promised  5/22/02
         Home Phone 904-282-3518   Work 904-645-0026   Closed Out  5/23/02

| Make | Model | Color | Class | Plate # | VIN | Key Boards | Hrs/Odom |
|------|-------|-------|-------|---------|-----|------------|----------|
| 3 BOMBARDIER | RX |  |  |  | ZZN48126B000 |  | 0 |

b: CARB JOB/BATTERY
r: 00 Make: BOMBARDIER Model: RX Color:   Class:

| | Part #/Labor Code | Description | Brc | Cat | Tech | Hrs/Qty | Total |
|---|---|---|---|---|---|---|---|
| Parts | YB16CL -B- I | INTERSTATE BATTERY | IB | ACC |  | 1 | 59.99 |
| | BW | BATTERY WASTE FEE | MI | BFE |  | 1 | 1.50 |
| | MKBN | CARB REBUILD KIT SUP | PU | PPU |  | 2 | 89.98 |
| Labor | | BATTERY AND CARB JOB | | | TD | 4.00 | 288.00 |
| Supplies | | | | | | | 15.00 |

Job Subtotal $    454.47

| Job breakdown → | Parts | Labor | Sublet | Other |  |
|---|---|---|---|---|---|
| | 151.47 | 288.00 | .00 | 15.00 | Total of all Jobs  454.47 |

THANK YOU FOR SHOPPING "SUZUKI SEADOO OF ORANGE PARK"....           Before Tax Total     454.47
PLEASE CHECK YOUR OWN TRAILER HOOKUP FOR PROPER CONNECTION!             Sales Tax      31.81
   ******90 DAYS***** PARTS & SERVICE WARRANTY*************
                                                          * * Total Amount Due    486.28
   Check/CC# 0735          FLORIDA REGISTRATION # MV-1959   CHECK Tendered    486.28

_____MONTH/_____MILE WARRANTY ON ALL PARTS/LABOR UNLESS
                 OTHERWISE SPECIFIED

****OPEN TUES-FRI 9AM - 6PM SATURDAYS 9AM - 5PM***************
*******  MONDAYS 10 AM TO 6 PM (IN SEASON ONLY)  *********
****C L O S E D   S U N D A Y S*************************

                    Friday, April 29th, 2005  4:03 pm

05/06/2005  13:46    9042690047              SUZUKISEADOO                    PAGE  10



# Suzuki Sea Doo of Orange Park
## 1510 Wells Rd.
## Orange Park, FL 32073
## (904) 269-2121

## REPAIR ORDER INVOICE -- DUPLICATE

Cashier:                    Repair Order # 997826              Invoice # 96087838

Sold to WILSON, ROBERT J (SDEMA)                  Invoice Date  5/23/02
         2493 SILVER MOSS CIR                         Date In   5/23/02
         MIDDLEBURG , FL 32068                       Promised   5/23/02
         Home Phone 904-282-3518    Work 904-645-0026  Closed Out  5/23/02

| r Make | Model | Color | Class Plate # | VIN | Key Board Hrs/Odom |
|--------|-------|-------|---------------|-----|---------------------|
| 0 BOMBARDIER RX | | | | ZZN48126B000 | 0 |

ob: SPRING TUNE AND SERVICE
Yr: 00  Make: BOMBARDIER  Model: RX  Color:    Class:

| | Part #/Labor Code | Description | Src Cat Tech Hrs/Qty | Total |
|--|-------------------|-------------|----------------------|-------|
| Parts | BR8ES | NGK SPARK PLUG | MS PMS | 2 | 5.98 |
| | 293500011 | OIL-PUMP | SD PSD | 1 | 9.99 |
| Labor | | SPRING TUNE AND SERVICE | TD 2.00 | 144.00 |
| Supplies | | | | 10.08 |
| Job Subtotal $ | 170.05 | | | |

| Job reakdown -) | Parts | Labor | Sublet | Other | | |
|-----------------|-------|-------|--------|-------|--|--|
| | 15.97 | 144.00 | .00 | 10.08 | Total of all Jobs | 170.05 |
| | | | | | Less: Discount | 76.00- |

THANK YOU FOR SHOPPING "SUZUKI SEADOO OF ORANGE PARK"....       Before Tax Total    94.05
PLEASE CHECK YOUR OWN TRAILER HOOKUP FOR PROPER CONNECTION!  Tax Exempt # 20-07-003883-23-0
*****90 DAYS***** PARTS & SERVICE WARRANTY***********

FLORIDA REGISTRATION # MV-1959                             * $ Total Amount Due    .94.05
                                                              Charge Tendered       94.05

_____MONTH/_____MILE WARRANTY ON ALL PARTS/LABOR UNLESS
              OTHERWISE SPECIFIED

****OPEN TUES-FRI 9AM - 6PM SATURDAYS 9AM - 5PM************
********  MONDAYS 10 AM TO 6 PM (IN SEASON ONLY)  *********
*****C L O S E D   S U N D A Y S***************************

                    Friday, April 29th, 2005  4:03 pm

Case 3:05-cv-00469-TJC-TEM   Document 2   Filed 05/20/05   Page 17 of 17 PageID 20

05/05/2005  13:46   9042690047          SUZUKISEADO                      PAGE  11

# Suzuki Sea Doo of Orange Park
1510 Wells Rd.
Orange Park, FL 32073
(904) 269-2121

## REPAIR ORDER INVOICE - DUPLICATE

Cashier:                        Repair Order # 998265              Invoice # 96093005

Sold to WILSON, ROBERT J (2823518)          Invoice Date  8/17/02
2493 SILVER MOSS CIR                             Date In  7/23/02
MIDDLEBURG , FL 32068                            Promised  0/ 0/ 0
Home Phone 904-282-3518    Work 904-645-0026     Closed Out  8/17/02

Yr Make       Model      Color  Class Plate #   VIN                      Key Board# Hrs/Odom
00 BOMBARDIER RX                                 ZZN48126B000

Job: BOGGS ON LOW END CHECK OUT
 Yr: 00  Make: BOMBARDIER  Model: RX  Color:   Class:

|  Part #/Labor Code | Description | Src Cat Tech Hrs/Qty | Total |
|---|---|---|---|
| Labor | REDO CARBS | TD  .00 | .00 |
| Job Subtotal $ | .00 | | |

| Job Breakdown -> | Parts | Labor | Sublet | Other | | |
|---|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | Total of all Jobs | .00 |

THANK YOU FOR SHOPPING "SUZUKI SEADOO OF ORANGE PARK"....      Before Tax Total      .00
PLEASE CHECK YOUR OWN TRAILER HOOKUP FOR PROPER CONNECTION!         Sales Tax      .00
*****90 DAYS***** PARTS & SERVICE WARRANTY*************

FLORIDA REGISTRATION # MV-1959                    * * Total Amount Due      .00

_____MONTH/_____MILE WARRANTY ON ALL PARTS/LABOR UNLESS
               OTHERWISE SPECIFIED

****OPEN TUES-FRI 9AM - 6PM SATURDAYS 9AM - 5PM***********
*******  MONDAYS 10 AM TO 6 PM (IN SEASON ONLY)  *********
****CLOSED    SUNDAYS*****************************

                Friday, April 29th, 2005  4:02 pm

LOCATION:9042690047          RX TIME   05/06 '05 12:51